# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| DOMINIC BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.:    3:19-CV-476-RLJ-HBG |
| v. | ) | |
| | ) | |
| | ) | |
| BILLY NICHOLS, Z. BARBEE, and | ) | |
| F/N/U JACKSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

_____
s/ Leon Jordan
United States District Judge


ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
Clerk of Court